1  PETER E. BRIXIE, Bar #124186
Attorney at Law
2  410 Twelfth Street, Suite One
Sacramento, CA 95814
3  Telephone: (916) 658-1880 Fax: (916) 658-1884
peterbrixie@gmail.com
4
Attorney for DARRYL YOUNG
5
UNITED STATE DISTRICT COURT
6
EASTERN DISTRICT OF CALIFORNIA
7

8  DARRYL YOUNG,                              Case No.: 2: 15-CV-00663-CMK

9              Plaintiff,

10  vs.                                        **STIPULATION AND ORDER
                                               EXTENDING TIME TO FILE AND
11  COMMISSIONER OF SOCIAL SECURITY,           SERVE MOTION**

12              Defendant

13

14      IT IS HEREBY STIPULATED by and between the parties, through their respective

15  undersigned attorneys, and with the permission of the Court as evidenced below, that the

16  Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby

17  extended to the new filing date of November 16, 2015. The extension is needed due to press of

18  business in plaintiff's attorney's office.

19

20

21

22

23

24

25

1  This is the 1st request for extension by plaintiff.

2

3  Dated:   10/12/15                                     /s/ Peter  Brixie
                                                        PETER E. BRIXIE
                                                        Attorney at Law
4                                                        Attorney for Plaintiff

5

6  Dated: 10/12/15                          By:     /s/ Jeffery Chen
                                                        JEFFREY T. CHEN
                                                        Special Assistant U. S. Attorney
7                                                        Attorney for Defendant

8
                                    __ooo__
9
                        APPROVED AND SO ORDERED
10

11

12      Dated:  October 21, 2015

13                                                      CRAIG M. KELLISON
                                                        UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25