BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DARRYL YOUNG, | ) Civil No. 2:15-cv-00663-CMK |
| Plaintiff, | ) **STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days from today to file her motion for summary judgment. Defendant apologizes for inadvertently failing to calendar this case properly and respectfully requests this additional time to properly consider Plaintiff's MSJ and to prepare an opposition or remand stipulation, as appropriate.

Stip. to Extend Def.'s MSJ

The new due date for Defendant's motion for summary judgment will be Wednesday, April 27, 2016.

Respectfully submitted,

Date: <u>March 28, 2016</u>   LAW OFFICE OF PETER BRIXIE

By:   <u>/s/ Peter Brixie*</u>
PETER BRIXIE
*By email authorization on March 28, 2016*
Attorney for Plaintiff

Date: <u>March 28, 2016</u>   BENJAMIN B. WAGNER
United States Attorney

By:   <u>/s/ Jeffrey Chen</u>
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: March 30, 2016

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2