BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DARRYL YOUNG, | Civil No. 2:15-cv-00663-CMK |
| Plaintiff, | **STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 15 days from today to file her motion for summary judgment.  Defendant respectfully requests this additional time because of a heavy workload, including a pending Ninth Circuit brief that is requiring significant time to complete.

Stip. to Extend Def.'s MSJ

The new due date for Defendant's motion for summary judgment will be Wednesday, May 12, 2016.

                                        Respectfully submitted,

Date: April 27, 2016                LAW OFFICE OF PETER BRIXIE

                              By:   */s/ Peter Brixie\**  
                                           PETER BRIXIE  
                                           *\* By email authorization on April 27, 2016*  
                                           Attorney for Plaintiff

Date: April 27, 2016                BENJAMIN B. WAGNER  
                                           United States Attorney

                              By:   */s/ Jeffrey Chen*  
                                           JEFFREY CHEN  
                                           Special Assistant United States Attorney  
                                           Attorneys for Defendant

                                           <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: April 29, 2016

                                           CRAIG M. KELLISON  
                                           UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ