BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DARRYL YOUNG, | ) Civil No. 2:15-cv-00663-CMK |
| Plaintiff, | ) **STIPULATION AND ORDER FOR A THIRD EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a third extension of time of 21 days from today to file her motion for summary judgment. Defendant respectfully requests this additional time because of the recent passing of the undersigned's grandfather resulting in a family trip to Taiwan on short notice. Consequently, the undersigned will be out of the office from Monday, May 16 through Friday, May 27, 2016.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Thursday, June 2, 2016.

Respectfully submitted,

Date: *May 12, 2016*          LAW OFFICE OF PETER BRIXIE

By:   */s/ Peter Brixie*
      PETER BRIXIE
      *\* By email authorization on May 12, 2016*
      Attorney for Plaintiff

Date: *May 12, 2016*          BENJAMIN B. WAGNER
                              United States Attorney

By:   */s/ Jeffrey Chen*
      JEFFREY CHEN
      Special Assistant United States Attorney
      Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: May 13, 2016

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2